Exhibit 1



**Honey  Walnut  Finish  #28**







# BEDROOM

*Discover elegance in every curve of the Cortina Collection. From the graceful lines of its deep carvings to the crowning feature of its marble cameo, every inch of Cortina exudes a stately presence with its rich and inviting Honey Walnut finish.*

**EASTERN KING SLEIGH BED**
65000EKSL-28: available in Queen, Eastern King and Cal King.

**NIGHTSTAND** N65040-28: marble inlaid on top and hidden pull-out drink tray.

**DRESSER AND MIRROR** N65050-28, N65060-28: hidden velvet-lined jewelry caches, shield shaped frame and beveled mirror.

**LEATHER BEDSIDE BENCH**
N65904-28: tufted leather top lifts for added storage.

**ELIZABETH KING COMFORTER SET**
BCS-KS13-ELZBTH-AQA: also available in Queen.

3





**NIGHTSTAND** N65040-28 and detail: marble inlay on top and hidden pull-out drink tray.



ROMANTIC

**ARMOIRE** N65080-28: ample space for storage and features velvet lined drawers with cedar lined bottom drawer.

**6 DRAWER CHEST** N65070-28: features hidden side compartments for easy storage. Velvet lined drawers with cedar lined bottom drawers constructed with French and English dovetails.





# LIVING ROOM



*Inspired by Mediterranean romance, Cortina brings about emotions of warmth and intimacy. Luscious fabrics are used to create truly magnificent living interiors. The selection of fabric and patterns harmoniously blend to add a designer touch to your home.*

**WOOD TRIM CAMELBACK SOFA (OPT 1)** 65815-ANGLD-28: faux silk and velvet fabrics, hand carved wood trim, and bullion skirt. Features feather blend wrap reversible seat cushions and 100% feather filled accent pillows.

**RECTANGULAR COCKTAIL OTTOMAN** 65879-ANGLD-00

**SWIVEL TUB CHAIR (OPT 1)** 65839-CORAL-00
**SWIVEL CLUB CHAIR** 65839-ANGLD-00

**FIREPLACE** N65220-28, AFB33N: with electric firebox and a marble top.

**CHAIR SIDE TABLE** N65222-28: with beveled glass inserts and detailed carvings.

7

# CHARMING



**WOOD TRIM CAMELBACK LOVESEAT (OPT 1)** 65825-ANGLD-28: velvet and faux silk fabrics, hand carved wood trim, decorative bouillon skirt, and 100% feather filled pillows.



**RECTANGULAR COCKTAIL TABLE** N65201-28: beveled glass inserts and intricate detailed carvings with gold leaf.



**CHAIR SIDE TABLE** N65222-28: beveled glass insert and elaborate detailed carvings.

Upholstery with reinforced solid hardwood frames with corner blocks. Sinuous wire spring support seat and back system. Cushions stabilizers which cushions are tied down to the seat deck.



**SWIVEL CLUB CHAIR** 65839-ANGLD-00: tassel skirt trim, 100% feather filled pillow.

8



**SWIVEL TUB CHAIR (OPT 1)**
65839-CORAL-00







**END TABLE** N65202-28:
beveled glass insert and
elaborate detailed carvings
accented with gold leaf.

**WALL MIRROR** N65067-28:
beveled glass.

**CONSOLE TABLE** N65223-28:
beveled glass insert and elaborate
detailed carvings.

**UPHOLSTERY FABRICS**



**WOOD CHAIR (OPT 1)**
65834-CRMGD-28: hand
carved wood.



# ENTERTAINMENT



*Searching the world for inspiration, Michael Amini works wood, metal, glass, and stone with sumptuous fabrics. The Cortina Collection is beautifully crafted from American Poplar with Cherry and Birch Mapa veneers.*

The six piece entertainment wall creates a grand experience in any home.

**LEFT AUDIO CABINET** N65091-28
**LEFT BOOKCASE** N65093-28
**TV CONSOLE** N65095-28
**LIGHT BRIDGE WITH SHELF** N65096-28

**RIGHT AUDIO CABINET** N65092-28
**RIGHT BOOKCASE** N65094-28: each piece has shelves for storage, beveled glass doors and elaborate detailed carvings. With an adjustable center shelf and light bridge to accommodate various television sizes.

11





**MEDIA CABINET** N65081-28 and detail: ample TV storage.

MARVELOUS



**BAR** N65500-28 and back view: elaborate detailed carvings, marble top with a beveled edge, pull out trays and wine rack.

**BARSTOOLS** N65504-28: fully upholstered backs with matching fabric seats and brass ring foot rest.

12





# DINING ROOM



*Intricate lines, wonderful carvings, and gold accents harmoniously tie together to evoke a sense of romance and splendor.*

**RECTANGULAR DINING TABLE** N65002-28: extends 78" (198cm) to 126" (320cm) with two 24" (61cm) leaves.

**SIDE CHAIR** N65003-28
**ARM CHAIR** N65004-28: upholstered chair backs with matching fabric seats.

**CHINA AND BUFFET** N65005-6-28: elaborate carvings, beveled glass door inserts, glass shelving, marble cameo, and touch lighting.

15







**SIDE CHAIR** N65003-28: fully upholstered backs with matching fabric seats and unique carvings.

**ARM CHAIR** N65004-28: elegant carved arms and fully upholstered backs with matching seats.

GRACEFUL





**WALL MIRROR AND SIDEBOARD** N65067-28, N65007-28: beveled glass on wall mirror, sideboard with a tarnish-resistant silverware tray and marble top.

**ROUND GLASS DINING TABLE** N65001-28: 60" triple-edge glass and pedestal base in the Honey Walnut finish.

**SIDE CHAIR** N65003-28
**ARM CHAIR** N65004-28: upholstered chairs.

**CURIO** N65505-28: elaborate carvings, beveled glass door inserts, glass shelves and touch lighting.

16





# HARMONIOUS

**ENTERTAINMENT UNIT**
N65098-28: features hidden shelves, drawers with DVD storage trays, and shelves for media components or storage.

# CORTINA INDEX

## BEDROOM



**SLEIGH BED
QUEEN**
H74.25 (189cm) W72 (183cm) D94.75 (227cm)

Queen Sleigh Headboard N65011-28
H74.25 (189cm) W70 (178cm) D15.25 (39cm)
Queen Sleigh Footboard N65021-28
H36 (91cm) W72 (183cm) D7.5 (20cm)
Queen Rails and Wood Slats N65031-28
H14 (36cm) W4 (10cm) L72 (183cm)

**CALIFORNIA KING**
H77.75 (197cm) W84 (213cm) D99.5 (253cm)

California King Sleigh Headboard N65016-28
H77.75 (197cm) W82 (208cm) D15.75 (40cm)
California King Sleigh Footboard N65026-28
H36 (91cm) W84 (213cm) D7.5 (19cm)
California King Rails and Wood Slats N65036-28
H14.75 (37cm) W3.75 (10cm) L76.25 (194cm)

**EASTERN KING**
H77 (196cm) W90.5 (230cm) D100 (254cm)

Eastern King Sleigh Headboard N65018-28
H78.75 (200cm) W90.5 (230cm) D17.5 (44cm)
Eastern King Sleigh Footboard N65028-28
H36 (91cm) W87.5 (222cm) D10.5 (27cm)
Eastern King Rails and Wood Slats N65038-28
H15 (38cm) W3.75 (10cm) L72 (183cm)



**BEDSIDE CHEST N65040-28**
H34 (86cm) W35.5 (90cm) D20.5 (52cm)



**MIRROR AND DRESSER**
H89 (226cm) W77.25 (196cm) D20.5 (52cm)

Dresser Mirror N65060-28
H47.5 (121cm) W52.5 (133cm) D2 (5cm)
Dresser N65050-28
H41.5 (105cm) W77.25 (196cm) D20.5 (52cm)



**DRAWER CHEST N65070-28**
H66.5 (169cm) W53 (135cm) D20 (51cm)

6 Drawer Chest Top N65070T-28
H47 (119cm) W52 (132cm) D20 (51cm)
6 Drawer Chest Base N65070B-28
H19.5 (50cm) W53 (135cm) D20 (51cm)



**ARMOIRE N65080-28**
H91.5 (232cm) W55 (140cm) D24 (61cm)

Armoire Top N65080T-28
H61.5 (156cm) W55 (140cm) D25 (64cm)
Armoire Base N65080B-28
H30 (76cm) W54.5 (138cm) D24 (61cm)



**LEATHER BEDSIDE BENCH N65904-28**
H23 (58cm) W54 (137cm) D24 (61cm)

## UPHOLSTERY



**WOOD TRIM CAMELBACK SOFA (OPT 1)
65815-ANGLD-28**
L89 (226cm) D38 (97cm) H43 (109cm)



**WOOD TRIM CAMELBACK LOVESEAT
(OPT 1) 65825-ANGLD-28**
L70 (179cm) D38 (97cm) H43 (109cm)



**SWIVEL CLUB CHAIR 65839-ANGLD-00**
L35 (89cm) D35 (89cm) H38 (97cm)



**SWIVEL TUB CHAIR (OPT 1)
65839-CORAL-00**
L38.25 (97cm) D36.5 (93cm) H39.5 (100cm)

 

**WOOD CHAIR (OPT 1) 65834-CRMGD-28**
L27.5 (70cm) D33.25 (84cm) H45.13 (115cm)



**RECTANGULAR COCKTAIL OTTOMAN
(OPT 1) 65879-ANGLD-00**
L44 (112cm) D34 (86cm) H18 (46cm)

## OCCASIONAL TABLES



**RECTANGULAR TABLE N65201-28**
H19.25 (49cm) W51 (130cm) D33 (84cm)



**END TABLE N65202-28**
H25.5 (65cm) W26 (66cm) D24 (61cm)



**CONSOLE TABLE N65223-28**
H56.25 (143cm) W55.5 (141cm) D18.25 (46cm)



**CHAIR SIDE TABLE N65222-28**
H25.5 (65cm) W22.25 (57cm) D22.25 (57cm)

## ENTERTAINMENT



**LEFT AUDIO CABINET N65091-28**
H77.25 (196cm) W27 (69cm) D24 (61cm)
**LEFT BOOKCASE N65093-28**
H74.5 (189cm) W14 (36cm) D14.25 (36cm)
**54" TV CONSOLE N65095-28**
H28.25 (72cm) W54 (137cm) D26 (66cm)
**LIGHT BRIDGE WITH SHELF N65096-28**
H16.25 (41cm) W83 (211cm) D74.25 (189cm)
**RIGHT AUDIO CABINET N65092-28**
H77.25 (196cm) W27 (69cm) D24 (61cm)
**RIGHT BOOKCASE N65094-28**
H74.5 (189cm) W14 (36cm) D14.25 (36cm)

## ENTERTAINMENT CENTER N65098-28



**ENTERTAINMENT CENTER N65098-28**
H76.25 (194cm) W72.5 (184cm) D28.25 (72cm)

Entertainment Top N65098T-28
H48 (122cm) W71.5 (182cm) D16.25 (41cm)
Entertainment Base N65098B-28
H28.25 (72cm) W72.5 (184cm) D28.25 (72cm)



**MEDIA CABINET N65081-28**
H79.75 (203cm) W59.5 (151cm) D24.5 (62cm)

Media Cabinet Hutch N65081T-28
H49.75 (126cm) W58 (147cm) D23.75 (60cm)
Media Cabinet Base N65081B-28
H30 (76cm) W59.5 (151cm) D24.5 (62cm)
Media Cabinet Component N65099-28
H7.25 (18cm) W57.75 (147cm) D23.75 (60cm)

## BAR AND STOOLS



**BAR N65500-28**
H44.25 (107cm) W86 (218cm) D26.5 (67cm)

Bar Marble Top N65500M-28
H1.5 (4cm) W76.5 (194cm) D24.25 (62cm)
Bar without Marble N65500B-28
H40.75 (104cm) W86 (218cm) D26.5 (67cm)

 

**BARSTOOLS N65504-28**
H52 (132cm) W28 (71cm) D21 (53cm)

## FIREPLACE



**FIREPLACE N65220-28**
H55 (140cm) W72.5 (184cm) D21.75 (55cm)

Fireplace Marble Top N65220M-28
H1.5 (4cm) W71.25 (181cm) D21.75 (55cm)
Fireplace without Marble N65220F-28
H53.5 (136cm) W72.5 (184cm) D20.5 (52cm)
Fireplace Insert with Swing Doors AFB33N
H28.5 (72cm) W32.75 (83cm) D14 (36cm)

## DINING ROOM



**GLASS ROUND DINING TABLE N65001-28**
H30.75 (78cm) W33 (84cm) L33 (84cm)

60" Round Glass Top N65101-28
H0.75 (2cm) W60 (153cm) L60 (153cm)
Single Pedestal Table Base N65001-28
H30 (76cm) W33 (84cm) L33 (84cm)



**RECTANGULAR DINING TABLE N65002-28**
H31.25 (79cm) W46 (117cm) L126 (320cm)
2 leaves L24 (61cm), L78 (198cm) extends to
L126 (320cm)

Rectangular Dining Table Top N65002T-28
H7.75 (20cm) W46 (117cm) L126 (320cm)
Rectangular Dining Table Base N65002B-28
H23.5 (60cm) W20 (51cm) L20.5 (52cm)

## SIDE CHAIR N65003-28



**SIDE CHAIR N65003-28**
H47.75 (121cm) W24.5 (62cm) D29 (74cm)



**ARM CHAIR N65004-28**
H47.75 (121cm) W31 (79cm) D29 (74cm)



**CHINA AND BUFFET**
H91.75 (233cm) W78.25 (199cm) D21 (53cm)

China Top N65005-28
H62 (158cm) W75.75 (192cm) D20.5 (52cm)
Buffet N65006-28
H29.75 (76cm) W78.25 (199cm) D21 (53cm)



**SIDEBOARD MIRROR N65067-28**
H45.5 (116cm) W50.75 (129cm) D3.25 (8cm)
**SIDEBOARD N65007-28**
H42 (107cm) W78.5 (199cm) D21.75 (55cm)



**CURIO N65505-28**
H92.75 (236cm) W54.5 (138cm) D21.5 (55cm)

Curio Top N65505T-28
H62.5 (159cm) W52.5 (133cm) D21.5 (55cm)
Curio Base N65505B-28
H30.25 (77cm) W54.5 (138cm) D21.25 (54cm)

## DISTINCTIVE BEDDING DESIGNS

**SOLITAIRE COMFORTER SET
KING: BCS-KS13-ELZBTH-AQA
(13 PIECES)**
1 Comforter, 3 Euro Shams, 2 King Size Pillow
Shams, 1 Bedskirt (3 Pieces), 6 Decorative
Accent Pillows
**QUEEN: BCS-QS12-ELZBTH-AQA
(12 PIECES)**
1 Comforter, 2 Euro Shams, 2 Standard Pillow
Shams, 1 Bedskirt (3 Pieces), 6 Decorative
Accent Pillows

Designs, specifications, finishes and materials may change without notice. Product dimensions are ±2 inches/centimeters. Please contact your sales representative for current information.

*Michael Amini*

CEO and Founder, Michael Amini, uses his extensive world travel as inspiration for AICO®'s luxurious and distinctive pieces. His use of traditional and unique design elements, exceptional materials, hidden features, and innovative production techniques all come together to form an unmatched heirloom quality product that can be enjoyed for generations.



8725 Rex Road, Pico Rivera, CA 90660
Phone (562) 222-2500 . Fax (562) 222-2525
www.amini.com . info@amini.com

Showrooms:
Las Vegas, World Market Center, C1601
High Point, IHFC C802

Contained herein are original designs that are protected by copyrights and/or design patents. The unauthorized reproduction of a copyrighted work is unlawful and subjects violators to substantial civil damages, criminal penalties, forfeiture of infringing goods, and payment of all litigation and attorney's fees. The penalties for unauthorized reproduction of a design-patented work include payment to the patent owner of damages and attorney's fees. Violations of copyrights and/or design patents can result in prosecution to the fullest extent permitted by law. Designs depicted are proprietary with AICO © All rights reserved. 1111


882945254836

Exhibit 2

*Michael Amini*
ORIGINAL FURNITURE DESIGNS

*Oppulente*
COLLECTION



*Oppulente*

C O L L E C T I O N



Spanish, Moorish and Italian origins converge to inspire an abundance of finely crafted details for this stunning collection from Michael Amini Original Furniture Designs. The Oppulente Collection is bathed in a sweet Sienna Spice finish glowing with elegance, and is artfully crafted from American Poplar hardwood with Cherry veneers.



**High Post Poster Bed**
Posts convert to high or low
67015/67025/67039 Eastern King Low Post Panel Bed
(Available in Queen and California King)

67904 Bedside Bench

*Oppulente*   **3**



High Post Poster Bed
Posts convert to high or low
67015/67025/67039 Eastern King High Post Panel Bed
(Available in Queen, and California King)

67040 Bedside Chest
67904 Bedside Bench

4   Michael Amini



67080T/67080B Armoire
65050/65060 Dresser and Dresser Mirror

Opulente   5



67080T/67080B Armoire



**67062 Swivel Lingerie Chest and detail**

**65070 6 Drawer Chest**

*Opulente* **7**

# ROMANTIC



With rich fabrics and intricate, hand-carved wood frames, the Oppulente Upholstery Collection brings home feelings of Old World glamour and affluence. A stunning mix of fabrics, textures, accent pillows, and trims has the appearance of collected worldly antiques throughout the years. Superior comfort complements these generously scaled pieces. Feather wrapped cushions and 100% feather filled pillows support the artful designs of the furniture, creating a unique visual display for the home.

*Michael Amini*



67815 Wood Trim Channel Back Sofa

67201 Cocktail Table
67202 End Table

*Oppulente*   9



67842-RDGLD-52 Opt. 1 Wood Trim LAF Chaise
67831-BTGLD-52 Opt. 1 Sweetheart Back Chair

67500 Bar
67509 Wall Bar
67504 Swivel Barstool
67222-84 Chair Side Table Metallic
67203 Sofa Table





67936-CAMEL-52 Opt. 1 Leather/Fabric Wing Chair
67975-BROWN-52 Opt. 1 All Leather Foot Ottoman

67220/AFB33N Fireplace and Insert
67202 End Table

12 *Michael Amini*



**Entertainment Wall**
67195T/67095B/67091/67092 Entertainment Unit
with Left and Right Audio Cabinets

67220/AFB33N Fireplace and Insert
67201 Cocktail Table

*Oppulente*  13





67500 Bar
67509 Wall Bar
67504 Swivel Barstool

Oppulente 15

# CULTURAL



Like the timeless treasures that inspired Oppulente, it will bring home feelings of tranquility and affluence. Design, detail, and style are synonymous with the Michael Amini Original Furniture Design where beauty connects form and function.

*Michael Amini*



67002 Rectangular Dining Table Details

*Oppulente* 17



67002T/67002B Rectangular Dining Table detail

67002T/67002B Rectangular Dining Table
67003 Side Chair
67004 Arm Chair
67005/67006 China and Buffet

Michael Amini





67001/67101 Round Dining Table Base with 54" Shaped Glass Top
67004 Arm Chair
67007/67067 Sideboard and Mirror
67505T/67505B Curio

*Michael Amini*



# STYLISTIC

## BEDROOM



**67010-52/67020-52/67030-52**
**Queen Poster Bed**
H91" W71.75" D95"
H231cm L182cm D241cm

**67010-52 Queen Poster**
**Headboard**
H91" W67.25" D7.25"
H231cm L171cm D18cm

**67020-52 Queen Poster**
**Footboard**
H72.5" W71.75" D8"
H184cm L182cm D20cm

**67030-52 Queen Rails and**
**Wood Slats**
H10.5" W2.75" L79.75
H27cm L7cm D203cm



**67015-52/67025-52/67035-52**
**California King Poster Bed**
H91" W88" D95.5"
H231cm L224cm D250cm

**67015-52 King Poster**
**Headboard**
H91" W83.5 D7.25
H231cm L212cm D18cm

**67025-52 King Poster**
**Footboard**
H72.5" W88" D8"
H184cm L223cm D20cm

**67035-52 California King Rails**
**and Wood Slats**
H10.5" W2.75" L83.25"
H27cm L7cm D211cm



**67015-52/67025-52/67039-52**
**Eastern King Poster Bed**
H91" W88" D95"
H231cm L224cm D241cm

**67015-52 King Poster**
**Headboard**
H91" W67.25 D7.25
H231cm L212cm D18cm

**67025-52 King Poster**
**Footboard**
H72.5" W88" D8"
H184cm L224cm D20cm

**67039-52 Eastern King Rails**
**and Wood Slats**
H10.5" W2.75" L79.75"
H27cm L7cm D203cm



**67040-52 Bedside Chest**
H33.25" W37.25" D19"
H84cm L95cm D48cm



**67050-52/67060-52**
**Dresser and Dresser Mirror**
H91.5" W74.5" D21.5"
H232cm L189cm D55cm

**67050-52 Dresser**
H41" W74.5" D21.5"
H104cm L189cm D55cm

**67060-52 Dresser Mirror**
H50.5" W50.75" D2"
H128cm L129cm D5cm



**67062-52 Swivel Lingerie Chest**
H76.5" W24.5" D19"
H194cm L62cm D48cm



**67070T-52/67070B-52 Chest**
H64.25" W51" D22.75"
H163cm L130cm D58cm

**67070T-52 Chest Top**
H32.75" W49.25" D21"
H83cm L125cm D53cm

**67070B-52 Chest Base**
H31.5" W51" D22.75"
H80cm L130cm D58cm



**67080T-52/67080B-52 Armoire**
H91" W54" D24.5"
H231cm L137cm D62cm

**67080T-52 Armoire Top**
H59.5 W52" D24"
H151cm L132cm D61cm

**67080B-52 Armoire Base**
H31.5" W54" D24.5"
H80cm L137cm D62cm



**67904-52 Bedside Bench**
H29.5" W63" D22.5"
H75cm L63cm D57cm

## UPHOLSTERY



**67815-RDGLD-52 Opt. 1**
**Wood Trim Channel Back Sofa**
L94" D33.5" H45"
H239cm L111cm D114cm



**67842-RDGLD-52 Opt. 1**
**Wood Trim LAF Chaise**
L84" D42.5" H45"
H213cm L108cm D114cm



**67831-BTGLD-52 Opt. 1**
**67831-TURQU-52 Opt. 2**
**Sweetheart Back Chair**
L36" D35" H39"
H91cm L89cm D99cm



**67936-CAMEL-52 Opt. 1**
**Leather/Fabric Wing Chair**
L46" D41.5" H56"
H117cm L105cm D142cm



**67975-BROWN-52 Opt. 1**
**All Leather Foot Ottoman**
L26" D20" H17"
H66cm L51cm D43cm

## OCCASIONAL TABLES



**67201-52 Cocktail Table**
H24.5" W55.5" D36"
H62cm L141cm D91cm



**67202-52 End Table**
H28.25" W31" D27"
H72cm L79cm D69cm



**67203-52 Sofa Table**
H35" W55" D18.5"
H81cm L140cm D47cm



**67222-84 Chair Side Table**
H26.5" W20.5" D20.5"
H67cm L52cm D52cm

## ENTERTAINMENT



**67091–52 Left Audio Cabinet**
H76.75" W24.5" D18"
H195cm L62cm D46cm

**67095T–52 Entertainment
Top with Doors†**
H61" W70.75" D24"
H155cm L180cm D61cm

**67195T–52 Entertainment
Open Top**
H65" W71" D17.25"
H165cm L180cm D44cm

**67095B–52 Entertainment Base**
H27.25" W73.25" D21.5"
H69cm L186cm D55cm

**67092–52 Right Audio Cabinet**
H76.75" W24.5" D18"
H195cm L62cm D46cm

## ACCENT FURNITURE



**67220F–52/67220M/AFB33N
Fireplace with Marble Top
and Insert**
H55.25" W77.75" D22"
H140cm L197cm D22cm

**67220F–52 Fireplace
without Marble**
H54" W77.75" D22"
H137cm L197cm D56cm

**67220M Fireplace Marble Top**
H1.25" W76.25" D21.25"
H3cm L194cm D54cm

**AFB33N Electric Fireplace
Insert with Heater and
Swing Doors**
H28.5" W32.75" D14"
H72cm L83cm D36cm



**67500B–52/67500M
Bar with Marble Top**
H42.75" W79" D34.25"
H106cm L201cm D87cm

**67500M–52 Bar Marble Top**
H3.75" W68.25" D29.75"
H10cm L173cm D76cm

**67500B–52 Bar without Marble**
H39" W79" D34.25"
H99cm L201cm D84cm



**67504–52 Barstool (Swivel)**
H53" W22.75" D23.25"
H135cm L58cm D59cm



**67509T–52/67509B–52 Wall
Bar**
H92.75" W70.5" D20.75"
H236cm L179cm D53cm

**67509T–52 Wall Bar Top**
H50.75" W70.25" D17.75"
H129cm L178cm D45cm

**67509B–52 Wall Bar Base**
H42.25" W70.25" D20.5"
H107cm L178cm D52cm

## DINING ROOM



**67002T–52/67002B–52
Rectangular Dining Table**
H30.5" W146" L48"
3 leaves L18", extends to L200"
H77cm L371cm D122cm
3 leaves L46cm, extends to L508cm

**67002T–52 Rectangular Dining
Table Top**
H3.25" W42" L146"
3 leaves L18", extends to L200"
H8cm L107cm D378cm
3 leaves L46cm, extends to L508cm

**67002B–52 Rectangular
Dining Table Base**
H25.25" W34.75" L70.5"
H64cm L88cm D178cm



**67001–52/67101–00 Round
Dining Table and Shaped Glass**
H31.25" W54"
H79cm L137cm D137cm

**67001–52 Round Dining
Table Base**
H30.5" W54"
H77cm L137cm D137cm

**67101–00 Shaped Glass (54")**
H0.75" W54"
H2cm L137cm D137cm



**67003–52 Side Chair**
H45.5" W25" D27"
H116cm L64cm D69cm



**6700–524 Arm Chair**
H48.25" W29" D28"
H123cm L74cm D71cm



**67005–52/67006–52
China and Buffet**
H93.75" W79" D23.25"
H238cm L201cm D59cm

**67005–52 China Top**
H61" W76.5" D20.5"
H155cm L195cm D52cm

**67006–52 Buffet**
H32.75" W79 D23.25"
H83cm L201cm D59cm



**67067–52 Sideboard Mirror**
H45" W50.25" D2.5"
H114cm L128cm D6cm



**67007–52 Sideboard**
H41" W69.75" D22.25"
H104cm L177cm D57cm



**67505T–52/67505B–52 Curio**
H91" W54.5" D22.25"
H231cm L138cm D57cm

**67505T–52 Curio Top**
H61" W52" D20.5"
H155cm L132cm D52cm

**67505B–52 Curio Base**
H30" W54.5" D22.25"
H76cm L138cm D57cm

Every effort was made to accurately report
construction materials and dimensions. Designs,
specifications, finishes and materials may change
without notice. Product dimensions are ±2 inches.

Please contact your sales representative for
current information.

*Available through AICO Office Systems
†Photograph not shown.

*Michael Amini*

Contained herein are original designs that are protected by copyrights and/or design patents. The unauthorized reproduction of a copyrighted work is unlawful and subjects violators to substantial civil damages, criminal penalties, forfeiture of infringing goods, and payment of all litigation and attorney's fees. The penalties for unauthorized reproduction of a design-patented work include payment to the patent owner of damages and attorney's fees. Violations of copyrights and/or design patents can result in prosecution to the fullest extent permitted by law.



AMINI INNOVATION, CORP.

8725 Rex Road, Pico Rivera, CA 90660
Phone (562) 222-2500 Fax (562) 222-2525
www.amini.com  info@amini.com

Showrooms:
Las Vegas, World Market Center, C1601
High Point, IHFC C802

Designs depicted are proprietary with AICO - ® All rights reserved.

Exhibit 3

# Certificate of Registration



This Certificate issued u[...] Office in accordance wit[...] attests that registration [...] identified below. The inf[...] been made a part of the [...]



RECEIVED
JUN 2 2 2005
By

*Mary Beth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-306-203

MAR 18 2005

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1
**Title of This Work ▼**
CORTINA CHAIR WITH ARMS

**NATURE OF THIS WORK ▼** See Instructions
Ornamental carvings

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give   **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

## 2
**NAME OF AUTHOR ▼**
a   Jack Schmitt

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire, check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of  USA
      Domiciled in  USA

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☑ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**Name of Author ▼**
b

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
      Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3
a   **Year in Which Creation of This Work Was Completed**
2004   Year   *This information must be given in all cases.*

b   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month   September   Day   20   Year   2004
USA   Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Amani Innovation Corporation
8725 Rex Road
Pico Rivera, CA 90660

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

**APPLICATION RECEIVED**
MAR 18 2005
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**
MAR 18 2005
**FUNDS RECEIVED**

---

**MORE ON BACK ▶**   Complete all applicable spaces (numbers 5-9) on the reverse side of this page.   See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☐ No  If your answer is Yes, why is another registration being sought? (Check appropriate box.) ▼

**5**

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

**6**

See instructions before completing this space

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼ _____ Account Number ▼ _____

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donald M. Cislo
233 Wilshire Boulevard  Suite 900
Santa Monica  CA  90401 1211

Area code and daytime telephone number  ( 310 ) 451-0647          Fax number  ( 310 ) 394-4477

Email   doncislo@cislo.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive rights
☒ authorized agent of __Amini Innovation Corporation__
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles H. Thomas                                          Date  March 16 2005

Handwritten signature (X) ▼

X _Charles H. Thomas_

| Certificate will be mailed in window envelope to this address | Name ▼ Donald M. Cislo  CISLO & THOMAS LLP | **9** |
| | Number/Street/Apt ▼ 233 Wilshire Boulevard  Suite 900 | |
| | City/State/ZIP ▼ Santa Monica  CA  90401 1211 | |

*17 U.S.C. § 506(a): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. August 2003—30,000   Web Rev. June 2002   ☺ Printed on recycled paper

U.S. Government Printing Office: 2003-496-605/60 029



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5