Exhibit 4

Certificate of Registration

This Certificate issued
Office in accordance wi
attests that registration
identified below. The in
been made a part of the

*Mary beth Peters*

Register of Copyrights, United States of America

RECEIVED
JUN 2 2 2005
By

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-306-288**

MAR 1 8 2005
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

Title of This Work ▼
CORTINA CHINA CABINET/BUFFET

NATURE OF THIS WORK ▼ See Instructions
Ornamental carvings

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give   Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**NOTE**
Under the law the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a**
NAME OF AUTHOR ▼
Jack Schmitt

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of   USA
Domiciled in   USA }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☑ No
Pseudonymous?   ☐ Yes   ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☑ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of
Domiciled in }

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2004
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month September   Day 20   Year 2004
USA   Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Amini Innovation Corporation
8725 Rex Road
Pico Rivera, CA 90660

APPLICATION RECEIVED
MAR 1 8 2005
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
MAR 1 8 2005
FUNDS RECEIVED

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

---

MORE ON BACK ▶ Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
See detailed instructions.   Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY _____ FORM VA

CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼         Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                          Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Donald M Cislo
233 Wilshire Boulevard  Suite 900
Santa Monica, CA  90401 1211

b

Area code and daytime telephone number   ( 310 ) 451-0647       Fax number   ( 310 ) 394-4477
Email   doncislo@cislo com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Amini Innovation Corporation

check only one ▶

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Charles H  Thomas                                          Date   March 16, 2005

Handwritten signature (X) ▼

X _Charles H. Thomas_

**8**

Certificate
will be
mailed in
window
envelope
to this
address

Name ▼
Donald M  Cislo
CISLO & THOMAS LLP
Number/Street/Apt ▼
233 Wilshire Boulevard, Suite 900
City/State/ZIP ▼
Santa Monica, CA  90401 1211

**9**

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—30 000   Web Rev June 2002   ⊛ Printed on recycled paper                        U S Government Printing Office 2003-496-605/60 029



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5

Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-657-757

**Effective date of registration:**

February 4, 2008

## Title

**Title of Work:** OPPULENTE DRESSER

## Completion/ Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 30, 2006     **Nation of 1st Publication:** United States

## Author

■ **Author:** Jack Schmitt

**Author Created:** 3-Dimensional sculpture

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Anonymous:** Yes     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Amini Innovation Corporation

8725 Rex Road, Pico Rivera, CA, 90660

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Daniel M. Cislo, Esq.

**Date:** January 23, 2008

**Copyright Office notes:**     Regarding nature of work: Useful article per se not copyrightable; registration based on separable, registrable authorship claimed in application.  17 U.S.C. 101, definitions of "Pictorial, graphic and sculptural works" and "useful article".

**IPN#:**

**Registration #:**    VA0001657757

**Service Request #:**    1-48269675

CISLO & THOMAS LLP
Daniel M. Cislo
1333 2nd Street, Suite 500
Santa Monica, California 90401

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions
before completing
this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼          **Account Number** ▼

Cislo & Thomas LLP          DA092282

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Daniel M. Cislo, Esq.
CISLO & THOMAS LLP
1333 2nd Street, Suite 500
Santa Monica, California 90401

Area code and daytime telephone number     ( 310 ) 451-0647          Fax number     ( 310 ) 394-4477

Email    dancislo@cislo.com

**b**

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Amini Innovation Corporation

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Daniel M. Cislo, Esq.          Date  1/23/08

Handwritten signature (X) ▼

X

**Certificate
will be
mailed in
window
envelope
to this
address:**

| Name ▼ | |
|---|---|
| Daniel M. Cislo, Esq.  CISLO & THOMAS LLP | 07-19570 |
| Number/Street/Apt ▼ | |
| 1333 2nd Street, Suite 500 | |
| City/State/Zip ▼ | |
| Santa Monica, California 90401 | |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev 07/2006   Print 07/2006—30,000   Printed on recycled paper          U.S. Government Printing Office 2004-320-958/60,126





















Exhibit 6

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-681-372

**Effective date of registration:**

May 20, 2008

---

## Title

**Title of Work:** OPPULENTE DRESSER MIRROR

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 30, 2006     **Nation of 1st Publication:** United States

## Author

■ **Author:** Jack Schmitt

**Author Created:** 3-Dimensional sculpture

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Anonymous:** Yes     **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Amini Innovation Corporation

8725 Rex Road, Pico Rivera,, CA, 90660

**Transfer Statement:** By Assignment

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Daniel M. Cislo, Esq.

**Date:** January 22, 2008

**Registration #:**   VA0001681372

**Service Request #:**   1-52746199

CISLO & THOMAS LLP
Daniel M. Cislo, Esq.
1333 2nd Street, Suite 500
07-19571
Santa Monica, CA 90401











