Exhibit 7

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 420 – 270**

EFFECTIVE DATE OF REGISTRATION

Month ___ Day ___ Year ___

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**
OPPULENTE CHINA CABINET / BUFFET

**NATURE OF THIS WORK ▼** See instructions
Ornamental Designs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**

**NAME OF AUTHOR ▼**
Jack Schmitt

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☑ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of ___ USA
Domiciled in ___ USA

**Was This Author's Contribution to the Work**
Anonymous?  ☑ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☑ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of ___
Domiciled in ___

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed
2006 Year    in all cases.    This information must be given

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month January Day 30 Year 2006
ONLY if this work has been published.    USA    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼
Amini Innovation Corporation
8725 Rex Road
Pico Rivera, CA 90660

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

See instructions before completing this space

APPLICATION RECEIVED
AUG 06 2007

ONE DEPOSIT RECEIVED
AUG 06 2007

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ►** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.    • Sign the form at line 8

DO NOT WRITE HERE
Page 1 of ___ pages

| EXAMINED BY | MC2 | FORM VA |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                              **Account Number ▼**

Cislo & Thomas LLP                          DA092282

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Daniel M. Cislo, Esq.
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Area code and daytime telephone number ( 310 ) 451-0647          Fax number ( 310 ) 394-4477

Email    dancislo@cislo.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___Amini Innovation Corporation___

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

D. M. Cislo, Esq.                                          Date 7-26-07

Handwritten signature (X) ▼

X

| Certificate will be mailed in window envelope to this address: | Name ▼ Daniel M. Cislo, Esq. CISLO & THOMAS LLP    07-19569 |
|---|---|
| | Number/Street/Apt ▼ 233 Wilshire Boulevard, Suite 900 |
| | City/State/ZIP ▼ Santa Monica, California 90401 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500

Form VA Rev 07/2006



























Exhibit 8

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**

VA 1–420–187

EFFECTIVE DATE OF REGISTRATION

Jul 6 2007

Month  Day  Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**
OPPULENTE ARM CHAIR

**NATURE OF THIS WORK ▼ See instructions**
Ornamental Designs

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2

**a**
**NAME OF AUTHOR ▼**
Jack Schmitt

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☒ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of USA
Domiciled in USA

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☒ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**
**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of
Domiciled in

**Was This Author's Contribution to the Work**
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture  ☐ Map  ☐ Technical drawing
☐ 2-Dimensional artwork  ☐ Photograph  ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month January  Day 30  Year 2006
USA
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Amini Innovation Corporation
8725 Rex Road
Pico Rivera, CA 90660

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼
By Assignment

**APPLICATION RECEIVED**
JUL 0 6 2007
ONE DEPOSIT RECEIVED

**TWO DEPOSITS RECEIVED**
JUL 0 6 2007
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

| EXAMINED BY | | FORM VA |
| --- | --- | --- |
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ _____ **Year of Registration** ▼ _____

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

**a**

See instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼     Cislo & Thomas LLP     Account Number ▼     DA092282

**7**

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Daniel M. Cislo, Esq.
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Area code and daytime telephone number ( 310 ) 451-0647     Fax number ( 310 ) 394-4477
Email   dancislo@cislo.com

**b**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   Amini Innovation Corporation
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Donald M. Cislo, Esq.     Date 7-2/04

Handwritten signature (X) ▼
X _____

**8**

**9**

| Certificate will be mailed in window envelope to this address: | Name ▼ Daniel M. Cislo, Esq. CISLO & THOMAS LLP   07-19574 |
| --- | --- |
| | Number/Street/Apt ▼ 233 Wilshire Boulevard, Suite 900 |
| | City/State/ZIP ▼ Santa Monica, California 90401 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress,
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA Rev. 07/2006 Print 07/2006—30,000 Printed on recycled paper     U.S. Government Printing Office 2004-320-958/60,123























2006  9 14



# Exhibit 9



US00D514839S

(12) **United States Design Patent**
Schmitt

(10) Patent No.: **US D514,839 S**
(45) Date of Patent: ✱✱ **Feb. 14, 2006**

(54) **CHAIR WITH ARMS**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corp.**, Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/226,358**

(22) Filed: **Mar. 29, 2005**

(51) **LOC (8) Cl.** .................................................. **06-01**
(52) **U.S. Cl.** ......................................... **D6/379**; D6/380
(58) **Field of Classification Search** ................. D6/334, D6/335, 358, 360, 369, 376, 379, 380, 500–502; 297/445.1, 446.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D39,390 S | ✱ | 6/1908 | Killian ........................ D6/369 |
| D66,697 S | | 2/1925 | McCargar |
| D84,514 S | | 6/1931 | Brown |
| D88,663 S | | 12/1932 | McLaurin |
| D229,596 S | | 12/1973 | Fisher |
| D233,097 S | ✱ | 10/1974 | Kashu ........................ D6/380 |
| D242,308 S | | 11/1976 | Adkinon |
| D327,989 S | | 7/1992 | Hilton |
| D351,511 S | | 10/1994 | Ferguson |
| D364,046 S | | 11/1995 | Keller |
| D369,919 S | | 5/1996 | Lenger |
| D383,617 S | | 9/1997 | Estape et al. |

(Continued)

OTHER PUBLICATIONS

Chair #340, Chippendale, The Complete Guide To Furniture Styles by louise Ade Boger, copy right 1959.*
Chair #508, American Victorian, The Complete Guide To Furniture Styles by louise Ade Boger, copy right 1959.*
Chair #D–248, p. 89, Smith & Watson, The Chair Collection, Edition 1.*

Side–chair in laminated rosewood by Belter. American, 1840–60, #122, p. 137, Furniture A Concise History, copy right 1979.*
Smith & Watson, Chairs D–340, D–316 The Chair Collection, p. 12.
Ethan Allen Circular, Legacy Collection, p. 5, 1996.
Thomasville, Palais Jardin, p. 12, 2002.
Furniture Today, p. 158, Oct. 19, 1998.
Furniture Today Aico, p. 15, Oct. 16, 2000.
Amini Innovation, Corp. Monte Carlo Collection, #53000 Series, 2001, 1 page.
Amini Innovation, Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 2 pages.
Amini Innovation, Corp Villagio Chair, Oct. 16, 2002, 1 page.
Amini Innovation, Corp. Excelsior Chair, Sep. 14, 2004, 1 page.
Amini Innovation, Corp. Tuscano Chair, Sep. 14, 2004, 1 page.
Furniture Today, Pulski chair, p. 33 Apr. 15, 2002.
Amini Innovation, Corp. Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.
Victorian Furniture Corporation Gentleman's Chair No. 16, Mar. 23, 1973, 1 page.

*Primary Examiner*—Mimosa De
(74) *Attorney, Agent, or Firm*—Cislo & Thomas LLP

(57) **CLAIM**

I claim the ornamental design for the chair with arms, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a chair with arms embodying my new design;
FIG. **2** is a left-side elevational view thereof;
FIG. **3** is a right-side elevational view thereof;
FIG. **4** is an enlarged top plan view thereof;
FIG. **5** is a side elevational detail of a front leg of the chair with arms illustrating the ornamentation thereon in enlarged detail; and,
FIG. **6** is a rear elevational view thereof.

**1 Claim, 6 Drawing Sheets**





**US D514,839 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D384,826 S | | 10/1997 | Hutton |
| D410,803 S | | 6/1999 | Kreiss |
| D430,418 S | | 9/2000 | O'Hare |
| D441,558 S | | 5/2001 | Vaaler |
| D441,975 S | | 5/2001 | McDaniel et al. |
| D445,583 S | | 7/2001 | O'Hare et al. |
| D445,584 S | | 7/2001 | O'Hare et al. |
| D446,956 S | | 8/2001 | Black |
| D448,943 S | | 10/2001 | McDaniel et al. |
| D448,944 S | | 10/2001 | McDaniel et al. |
| D451,694 S | | 12/2001 | Vaaler |
| D452,084 S | | 12/2001 | O'Hare et al. |
| D459,905 S | * | 7/2002 | Stanton ..................... D6/379 |
| D459,906 S | | 7/2002 | Stanton |
| D463,154 S | | 9/2002 | Vaaler |
| D464,822 S | | 10/2002 | Vaaler |
| D466,322 S | | 12/2002 | Tobin, Jr. |
| D468,923 S | | 1/2003 | O'Hare |
| D468,925 S | * | 1/2003 | Vaaler ....................... D6/379 |
| D469,266 S | | 1/2003 | Stanton |
| D469,267 S | | 1/2003 | Stanton |
| D472,724 S | | 4/2003 | Schmitt |
| D473,392 S | | 4/2003 | Vaaler |
| D479,658 S | | 9/2003 | Warren et al. |
| D480,576 S | | 10/2003 | Schmitt |
| D481,875 S | * | 11/2003 | Darafeev .................... D6/360 |
| D481,881 S | | 11/2003 | McDaniel et al. |
| D486,005 S | | 2/2004 | Risdon |
| D487,990 S | * | 4/2004 | Vaaler ....................... D6/379 |
| D487,991 S | | 4/2004 | O'Hare |
| D489,913 S | | 5/2004 | Wanek et al. |
| D492,853 S | | 7/2004 | Schmitt |
| D498,093 S | * | 11/2004 | Darafeev .................... D6/500 |

* cited by examiner

Case 2:13-cv-07012-PSG-JEM   Document 1-4   Filed 09/20/13   Page 40 of 120   Page ID #:166



Fig. 1

Case 2:13-cv-07012-PSG-JEM   Document 1-4   Filed 09/20/13   Page 41 of 120   Page ID #:167



Fig. 2



Fig. 3



Fig. 4

Case 2:13-cv-07012-PSG-JEM   Document 1-4   Filed 09/20/13   Page 44 of 120   Page ID #:170



Fig. 5



Fig. 6

Exhibit 10



US00D530116S

(12) **United States Design Patent**     (10) **Patent No.:**     **US D530,116 S**
Schmitt     (45) **Date of Patent:**     ** **Oct. 17, 2006**

(54) **CHINA CABINET/BUFFET**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corp.,** Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/226,359**

(22) Filed: **Mar. 29, 2005**

(51) **LOC (8) Cl.** .................................................. **06-04**
(52) **U.S. Cl.** ......................................... **D6/470**; D6/438
(58) **Field of Classification Search** ................. D6/434, D6/436–447, 470–472; 312/114, 204, 224, 312/227
See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D224,926 S | 10/1972 | Adkinson |
| D227,842 S | 7/1973 | Adkinson |
| D242,678 S | 12/1976 | Adkinson |
| D242,679 S | 12/1976 | Adkinson |
| D343,306 S | 1/1994 | Keller |
| D358,046 S | 5/1995 | Ferguson |
| D372,139 S | 7/1996 | Walters, III et al. |
| D384,515 S | 10/1997 | Bergelin |
| D389,654 S | 1/1998 | Walters, III et al. |
| D390,043 S | 2/1998 | Walters, III et al. |
| D390,719 S | 2/1998 | Walters, III et al. |
| D426,980 S | 6/2000 | Vaaler |
| D431,391 S | 10/2000 | Hazen et al. |
| D434,249 S | 11/2000 | Cain |
| D441,219 S | 5/2001 | Cain |
| D445,279 S | 7/2001 | O'Hare et al. |
| D447,886 S | 9/2001 | O'Hare et al. |
| D448,949 S | 10/2001 | O'Hare et al. |
| D450,476 S | 11/2001 | Vaaler |
| D454,729 S | 3/2002 | Vaaler |
| D458,051 S | 6/2002 | O'Hare et al. |

| | | |
|---|---|---|
| D468,937 S | 1/2003 | Berry, Jr. et al. |
| D469,624 S | 2/2003 | Vaaler |
| D469,631 S | 2/2003 | Vaaler |
| D469,986 S | 2/2003 | Stanton |
| D474,054 S | 5/2003 | Warren et al. |
| D475,868 S | 6/2003 | Vaaler |
| D477,725 S | 7/2003 | McDaniel et al. |
| D480,236 S | 10/2003 | Schmitt |
| D480,898 S | 10/2003 | Schmitt |
| D481,555 S | 11/2003 | Schmitt |
| D482,907 S | 12/2003 | Wanek et al. |
| D487,202 S | 3/2004 | Schmitt |
| D487,203 S | 3/2004 | Schmitt |

OTHER PUBLICATIONS

Ethan Allen Circular, Legacy Collection China Cabinet and Buffet, p. 5, 1996.
Furniture Today, Union city Imports china hutch, p. 158, Oct. 19, 1998.
Furniture Today, Aico china hutch, p. 15, Oct. 16, 2000.

(Continued)

*Primary Examiner*—Cathron C. Brooks
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57)     **CLAIM**

I claim the ornamental design for the china cabinet/buffet, as shown and described.

**DESCRIPTION**

FIG. **1** is a front elevational view of a china cabinet/buffet showing my new design;
FIG. **2** is a left-side elevational view thereof;
FIG. **3** is a right-side elevational view thereof;
FIG. **4** is a top plan view thereof;
FIG. **5** is an front elevational detail of the top center thereof illustrating the ornamentation thereon in enlarged detail; and,
FIG. **6** is a front elevational detail of the lower right stile top illustrating the ornamentation thereon in enlarged detail.
The broken lines shown form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D530,116 S**

Page 2

OTHER PUBLICATIONS

Furniture Today, Broyhill china hutch, p. 11, Apr. 16, 2001.
Furniture Today, Marge Carson wall unit, p. 126, Oct. 11, 1999.
Furniture Today, Pulaski Armoire, p. 33, Apr. 15, 2002.
Amini Innovation, Corp. Monte Carlo Collection, #53000 Series, 2001, 2 pages.
Amini Innovation Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 5 pages.
Amini Innovation Corp. Royal Oak Collection, #31000 Series, Sep. 11, 2002, 1 page.
Amini Innovation, Corp. Tuscano China Cabinet and Buffet, Sep. 14, 2004, 1 page.
Amini Innovation, Corp. Excelsior China Cabinet and Buffet, Sep. 14, 2004, 1 page.



Fig. 1



Fig. 2



Fig. 3



Fig. 4



Fig. 5



Fig. 6

Exhibit 11

US00D562601S

(12) **United States Design Patent** (10) Patent No.: **US D562,601 S**
Schmitt                                                                          (45) **Date of Patent:** ** Feb. 26, 2008

(54) **FOOTBOARD**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corporation**, Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/271,963**

(22) Filed: **Jan. 30, 2007**

(51) **LOC (8) Cl.** ............................................... **06-06**
(52) **U.S. Cl.** ...................................................... **D6/505**
(58) **Field of Classification Search** ................ D6/382, D6/392–395, 505–508; 5/53.1, 907, 279.1, 5/280, 281
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 184,544 A | 9/1876 | Amaud | |
| 1,087,573 A | 2/1914 | Dautrich | |
| D90,256 S | 7/1933 | McClure | |
| 4,080,674 A | 3/1978 | Fredman et al. | |
| D389,663 S | 1/1998 | Paus | |
| D400,034 S * | 10/1998 | Zaidman | D6/505 |
| D402,833 S | 12/1998 | Hazen et al. | |
| D404,217 S | 1/1999 | Zaidman et al. | |
| D441,980 S | 5/2001 | McDaniel et al. | |
| D443,432 S | 6/2001 | Vaaler | |
| D443,445 S | 6/2001 | O'Hare et al. | |
| D443,446 S | 6/2001 | O'Hare et al. | |
| D445,284 S | 7/2001 | Chen | |
| D445,592 S | 7/2001 | O'Hare et al. | |
| D449,939 S | 11/2001 | Vaaler | |
| D450,198 S * | 11/2001 | McDaniel et al. | D6/393 |
| D457,346 S | 5/2002 | O'Hare | |
| D459,120 S | 6/2002 | Stanton | |
| D460,288 S | 7/2002 | Vaaler | |
| D463,157 S | 9/2002 | Lenger | |
| D468,552 S | 1/2003 | O'Hare | |
| D470,329 S | 2/2003 | Vaaler | |
| D470,331 S | 2/2003 | Stanton | |
| D470,681 S | 2/2003 | O'Hare | |
| D471,732 S | 3/2003 | Warren et al. | |
| D473,064 S | 4/2003 | O'Hare | |
| D474,917 S | 5/2003 | Risdon | |
| D475,218 S * | 6/2003 | Schmitt | D6/393 |
| D475,224 S | 6/2003 | Paus | |
| D475,862 S | 6/2003 | McDaniel et al. | |
| D487,199 S | 3/2004 | Schmitt | |
| D487,363 S | 3/2004 | Schmitt | |
| D493,976 S | 8/2004 | Bergelin | |
| D518,321 S | 4/2006 | Schmitt | |
| D531,841 S * | 11/2006 | Schmitt | D6/505 |
| D531,842 S * | 11/2006 | Schmitt | D6/505 |

OTHER PUBLICATIONS

America's Oak Furniture, Schiffer, 1988, bed, p. 90.
Furniture Today, Genoa Collection bed, p. 14, Oct. 11, 1999.
Furniture Today, Source Mktg. bed, p. 192, Oct. 14, 2002.
Amini Innovation Corp., Monte Carlo Collection, #53000 Series, 2001, 1 page.
Amini Innovation Corp., La Francaise Collection, #50000 Series, Sep. 11, 2002, 3 pages.
Amini Innovation Corp., Royal Oak Collection, #31000 Series, Sep. 11, 2002, 1 page.
Amini Innovation Corp., Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.
Ethan Allen Circular, Legacy Collection Iron Hoop Bed, p. 5, 1996.

* cited by examiner

*Primary Examiner*—Janice E. Seeger
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57)                          **CLAIM**

The ornamental design for a footboard, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of my footboard;

FIG. **2** is a front view thereof;

FIG. **3** is a left side elevational view thereof;

FIG. **4** is a right side elevational view thereof; and,

FIG. **5** is a top view of my footboard.

**1 Claim, 5 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Exhibit 12

US00D562587S

(12) **United States Design Patent** (10) Patent No.: **US D562,587 S**
Schmitt (45) Date of Patent: ** Feb. 26, 2008

(54) **DRESSER**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corporation**, Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/272,005**

(22) Filed: **Jan. 30, 2007**

(51) **LOC (8) Cl.** .................................. **06-04**

(52) **U.S. Cl.** ...................................... **D6/441**

(58) **Field of Classification Search** ......... D6/432–448; 312/138.1, 204, 224, 237, 257.1, 278, 279, 312/348.4
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 107,479 | A | 9/1870 | Gilman |
| 2,009,225 | A | 7/1935 | Farrar |
| D109,986 | S | 6/1938 | Hickerson |
| D198,795 | S | 8/1964 | Hekler |
| D227,838 | S | 7/1973 | Adkinson |
| D234,177 | S | 1/1975 | Keller |
| D241,210 | S | 8/1976 | Elsen |
| D241,211 | S | 8/1976 | Elsen |
| D242,678 | S * | 12/1976 | Adkinson ...................... D6/438 |
| D258,331 | S | 2/1981 | Brown |
| D258,333 | S | 2/1981 | Brown |
| D265,155 | S | 6/1982 | Bravo |
| D269,927 | S * | 8/1983 | Aulbert et al. ............... D6/446 |
| D270,125 | S * | 8/1983 | Aulbert et al. ............... D6/446 |
| D272,698 | S | 2/1984 | Aulbert et al. |
| D321,438 | S | 11/1991 | Pauer et al. |
| D341,502 | S | 11/1993 | Ball |
| D343,744 | S | 2/1994 | Keller |
| D346,915 | S | 5/1994 | Roser, Jr. |
| D350,656 | S | 9/1994 | Ferguson |
| D371,257 | S | 7/1996 | Paus |
| D373,033 | S | 8/1996 | Rosebrock |
| D374,783 | S | 10/1996 | Keller et al. |

| | | | |
|---|---|---|---|
| D383,330 | S | 9/1997 | Lowery |
| D384,518 | S | 10/1997 | Bergelin |
| D387,568 | S | 12/1997 | Walters, III et al. |
| D400,733 | S | 11/1998 | O'Hare |
| D406,202 | S | 3/1999 | Zaidman |
| D411,050 | S | 6/1999 | Keller et al. |
| D412,413 | S | 8/1999 | Keller et al. |
| D418,328 | S | 1/2000 | O'Hare |
| D419,796 | S | 2/2000 | O'Hare |
| D424,831 | S | 5/2000 | O'Hare |
| D425,329 | S | 5/2000 | O'Hare |
| D437,503 | S | 2/2001 | Ungaro |
| D443,438 | S | 6/2001 | O'Hare et al. |
| D447,887 | S | 9/2001 | O'Hare et al. |
| D448,205 | S * | 9/2001 | O'Hare et al. ............... D6/446 |
| D450,203 | S | 11/2001 | Vaaler |

(Continued)

OTHER PUBLICATIONS

Ethan Allan Circular, Legacy Collection Dresser with Mirror (reflected in mirror), p. 5, 1996.

(Continued)

*Primary Examiner*—Mimosa De
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57) **CLAIM**

The ornamental design for a dresser, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of my dresser;

FIG. **2** is a front view thereof;

FIG. **3** is a right side view thereof;

FIG. **4** is a left side view thereof;

FIG. **5** is a top view thereof; and,

FIG. **6** is an enlarged fragmented perspective detail of the right front corner leg of my dresser.

**1 Claim, 6 Drawing Sheets**



## US D562,587 S

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D451,700 S | 12/2001 | Vaaler |
| D454,729 S | 3/2002 | Vaaler |
| D459,111 S | 6/2002 | Tobin, Jr. |
| D467,095 S | 12/2002 | Vaaler |
| D468,930 S | 1/2003 | Berry, Jr. et al. |
| D469,626 S | 2/2003 | Vaaler |
| D469,631 S | 2/2003 | Vaaler |
| D469,982 S | 2/2003 | Warren et al. |
| D469,984 S * | 2/2003 | O'Hare ........................ D6/441 |
| D470,686 S | 2/2003 | O'Hare |
| D472,733 S | 4/2003 | McDaniel et al. |
| D473,400 S | 4/2003 | O'Hare |
| D474,054 S | 5/2003 | Warren et al. |
| D474,922 S | 5/2003 | Vaaler |
| D475,868 S | 6/2003 | Vaaler |
| D476,505 S | 7/2003 | Lenger |
| D477,725 S | 7/2003 | McDaniel et al. |
| D480,236 S | 10/2003 | Schmitt |
| D480,896 S * | 10/2003 | Paus ............................ D6/446 |
| D480,898 S * | 10/2003 | Schmitt ........................ D6/470 |
| D481,555 S | 11/2003 | Schmitt |
| D482,901 S | 12/2003 | Stanton |
| D483,962 S | 12/2003 | Stanton |
| D484,319 S | 12/2003 | Domack |
| D485,079 S | 1/2004 | Warren et al. |
| D487,201 S | 3/2004 | Schmitt |
| D487,202 S * | 3/2004 | Schmitt ........................ D6/470 |
| D487,548 S | 3/2004 | Schmitt |
| D488,638 S | 4/2004 | Stanton |
| D488,936 S | 4/2004 | Schmitt |
| D490,626 S | 6/2004 | Risdon et al. |
| D508,795 S | 8/2005 | Mirchand |

| | | |
|---|---|---|
| D513,673 S * | 1/2006 | Domack et al. ............. D6/441 |
| D525,048 S * | 7/2006 | Mohundro ................... D6/446 |
| D528,325 S * | 9/2006 | Schmitt ...................... D6/470 |
| D529,310 S * | 10/2006 | Schmitt ...................... D6/441 |

### OTHER PUBLICATIONS

Thomasville Catalog, Replicas 1662 Triple Dresser and Mirror, p. 2, 1983.

America's Oak Furniture, Schiffer, 1988, Low Chest with Mirror, p. 90.

Golden Oak Furniture, Warren, 1992, Dresser with Mirror, p. 140.

Furniture Today, Genoa Collection Dresser with Mirror, p. 14, Oct. 11, 1999.

Thomasville, Palais Jardin Mirror Dresser and Door Chest, p. 12, 2002.

Furniture Today, Source Mktg. Group Mirror Dresser and Sumter Cabinet, p. 192, Oct. 14, 2002.

Furniture Today, Union City Imports China Hutch, p. 158, Oct. 19, 1998.

Furniture Today, AICO China Hutch, p. 15, Oct. 16, 2000.

Furniture Today, Broyhill China Hutch, p. 11, Apr. 16, 2001.

Furniture Today, Marge Carson wall unit, p. 126, Oct. 11, 1999.

Furniture Today, Pulski armoire, p. 33, Apr. 15, 2002.

Amini Innovation Corp. Monte Carlo Collection, #53000 Series, 2001, 2 pages.

Amini Innovation Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 5 pages.

Amini Innovation Corp. Royal Oak Collection #31000 Series, Sep. 11, 2002, 1 page.

Amini Innovation Corp. Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG.  4



FIG. 5



FIG. 6

Exhibit 13

US00D560916S

(12) **United States Design Patent**   (10) Patent No.:      **US D560,916 S**

Schmitt                              (45) Date of Patent:    ∗∗   **Feb. 5, 2008**

(54) **DRESSER MIRROR**

(75) Inventor:  **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee:  **Amini Innovation Corporation**, Pico Rivera, CA (US)

(∗∗) Term:  **14 Years**

(21) Appl. No.: **29/271,969**

(22) Filed:  **Jan. 30, 2007**

(51) **LOC (8) Cl.** ..................................... **06-07**
(52) **U.S. Cl.** ..................................... **D6/300**
(58) **Field of Classification Search** ......... D6/300–314, D6/444, 432, 568; 40/700–702, 714, 717, 40/721, 727, 738, 739, 742, 745, 746, 747, 40/768, 777, 778, 779, 782–784, 790–791; 312/204

See application file for complete search history.

(56)              **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 107,479 A | 9/1870 | Gilman |
| 2,009,225 A | 7/1935 | Farrar |
| D109,986 S | 6/1938 | Hickerson |
| D143,189 S | 12/1945 | Colef |
| D198,795 S | 8/1964 | Hekler |
| D234,177 S | 1/1975 | Keller |
| D241,210 S | 8/1976 | Elsen |
| D241,211 S | 8/1976 | Elsen |
| D258,331 S | 2/1981 | Brown |
| D258,333 S | 2/1981 | Brown |
| D265,155 S | 6/1982 | Bravo |
| D272,698 S | 2/1984 | Aulbert et al. |

| | | |
|---|---|---|
| D321,438 S | 11/1991 | Pauer et al. |
| D341,502 S | 11/1993 | Ball |
| D343,744 S | 2/1994 | Keller |
| D346,915 S | 5/1994 | Roser, Jr. |
| D350,656 S | 9/1994 | Ferguson |
| D371,257 S | 7/1996 | Paus |
| D373,033 S | 8/1996 | Rosebrock |
| D374,783 S | 10/1996 | Keller et al. |
| D383,330 S | 9/1997 | Lowery |
| D384,518 S | 10/1997 | Bergelin |
| D387,568 S | 12/1997 | Walters, III et al. |
| D400,733 S | 11/1998 | O'Hare |

(Continued)

OTHER PUBLICATIONS

Ethan Allan Circular, Legacy Collection Dresser with Mirror (reflected in mirror), p. 5, 1996.

(Continued)

*Primary Examiner*—Caron D. Veynar
*Assistant Examiner*—Sydney R. Bufflalow
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57)              **CLAIM**

The ornamental design for a dresser mirror, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of my dresser mirror;

FIG. **2** is a front view thereof;

FIG. **3** is a top view thereof;

FIG. **4** is a right side view of my dresser mirror; and,

FIG. **5** is a left side view of my dresser mirror.

**1 Claim, 5 Drawing Sheets**



**US D560,916 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D406,202 S | | 3/1999 | Zaidman |
| D409,844 S | | 5/1999 | Cain |
| D411,050 S | | 6/1999 | Keller et al. |
| D412,413 S | | 8/1999 | Keller et al. |
| D424,831 S | | 5/2000 | O'Hare |
| D437,503 S | | 2/2001 | Ungaro |
| D448,205 S | | 9/2001 | O'Hare et al. |
| D450,203 S | | 11/2001 | Vaaler |
| D451,700 S | | 12/2001 | Vaaler |
| D454,729 S | | 3/2002 | Vaaler |
| D455,275 S | | 4/2002 | Vaaler |
| D459,111 S | | 6/2002 | Tobin, Jr. |
| D467,095 S | | 12/2002 | Vaaler |
| D469,626 S | | 2/2003 | Vaaler |
| D469,631 S | | 2/2003 | Vaaler |
| D469,982 S | | 2/2003 | Warren et al. |
| D470,686 S | | 2/2003 | O'Hare |
| D472,733 S | | 4/2003 | McDaniel et al. |
| D473,400 S | | 4/2003 | O'Hare |
| D474,054 S | | 5/2003 | Warren et al. |
| D474,922 S | | 5/2003 | Vaaler |
| D475,868 S | | 6/2003 | Vaaler |
| D476,505 S | | 7/2003 | Lenger |
| D477,725 S | | 7/2003 | McDaniel et al. |
| D480,236 S | | 10/2003 | Schmitt |
| D480,896 S | | 10/2003 | Paus |
| D481,555 S | | 11/2003 | Schmitt |
| D484,319 S | | 12/2003 | Domack |
| D485,079 S | | 1/2004 | Warren et al. |
| D487,201 S | | 3/2004 | Schmitt |
| D487,548 S | * | 3/2004 | Schmitt ...................... D6/444 |
| D488,936 S | * | 4/2004 | Schmitt ...................... D6/444 |
| D490,626 S | | 6/2004 | Risdon et al. |
| D514,823 S | * | 2/2006 | Domack ...................... D6/300 |
| D524,060 S | * | 7/2006 | Schmitt ...................... D6/300 |
| D524,554 S | * | 7/2006 | Schmitt ...................... D6/300 |
| D525,438 S | * | 7/2006 | Schmitt ...................... D6/300 |

## OTHER PUBLICATIONS

Thomasville Catalog, Replicas 1662 Triple Dresser and Mirror, p. 2, 1983.

America's Oak Furniture, Schiffer, 1988, Low Chest with Mirror, p. 90.

Golden Oak Furniture, Warren, 1992, Desser with Mirror, p. 140.

Furniture Today, Genoa Collection Dresser with Mirror, p. 14, Oct. 11, 1999.

Thomasville, Palais Jardin Mirror Dresser and Door Chest, p. 12, 2002.

Furniture Today, Source Mktg. Group Mirror Dresser and Sumter Cabinet, p. 192, Oct. 14, 2002.

Furniture Today, Union City Imports China Hutch, p. 158, Oct. 19, 1998.

Furniture Today, AICO China Hutch, p. 15, Oct. 16, 2000.

Furniture Today, Broyhill China Hutch, p. 11, Apr. 16, 2001.

Furniture Today, Marge Carson wall unit, p. 126, Oct. 11, 1999.

Furniture Today, Pulski armoire, p. 33, Apr. 15, 2002.

Amini Innovation Corp. Monte Carlo Collection, #53000 Series, 2001, 2 pages.

Amini Innovation Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 5 pages.

Amini Innovation Corp. Royal Oak Collection, #31000 Series, Sep. 11, 2002, 1 page.

Amini Innovation Corp. Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.

\* cited by examiner

**U.S. Patent**          Feb. 5, 2008          Sheet 1 of 5          **US D560,916 S**



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5

Exhibit 14

US00D564795S

(12) **United States Design Patent**

Schmitt

(10) Patent No.: **US D564,795 S**

(45) Date of Patent: ** **Mar. 25, 2008**

(54) **CHINA CABINET/BUFFET**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corporation**, Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/271,962**

(22) Filed: **Jan. 30, 2007**

(51) **LOC (8) Cl.** ............................................... **06-04**

(52) **U.S. Cl.** ...................................................... **D6/470**

(58) **Field of Classification Search** ......... D6/432–448, D6/470–472; 312/114, 138.1, 204, 224, 312/227, 237, 278, 279
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D224,926 S | 10/1972 | Adkinson | |
| D227,842 S | 7/1973 | Adkinson | |
| D242,678 S | 12/1976 | Adkinson | |
| D242,679 S | 12/1976 | Adkinson | |
| D343,306 S | 1/1994 | Keller | |
| D358,046 S | 5/1995 | Ferguson | |
| D371,688 S | * 7/1996 | Keller | D6/438 |
| D372,139 S | 7/1996 | Walters, III et al. | |
| D373,263 S | * 9/1996 | Keller | D6/436 |
| D384,515 S | 10/1997 | Bergelin | |
| D389,654 S | 1/1998 | Walters, III et al. | |
| D390,043 S | 2/1998 | Walters, III et al. | |
| D390,719 S | 2/1998 | Walters, III et al. | |
| D426,980 S | 6/2000 | Vaaler | |
| D431,391 S | 10/2000 | Hazen et al. | |
| D434,249 S | 11/2000 | Cain | |
| D441,219 S | 5/2001 | Cain | |
| D445,279 S | 7/2001 | O'Hare et al. | |
| D447,886 S | 9/2001 | O'Hare et al. | |
| D448,949 S | 10/2001 | O'Hare et al. | |
| D450,476 S | 11/2001 | Vaaler | |

(Continued)

OTHER PUBLICATIONS

Ethan Allen Circular, Legacy Collection China Cabinet and Buffet, p. 5, 1996.
Furniture Today, Union City Imports China Hutch, p. 158, Oct. 19, 1998.
Furniture Today, AICO China Hutch, p. 15, Oct. 16, 2000.
Furniture Today, Broyhill China Hutch, p. 11, Apr. 16, 2001.
Furniture Today, Marge Carson Wall Unit, p. 126, Oct. 11, 1999.

(Continued)

*Primary Examiner*—Mimosa De
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57) **CLAIM**

I claim the ornamental design for a china cabinet/buffet, as shown and described.

**DESCRIPTION**

FIG. **1** is an elevational perspective view of my china cabinet/buffet;

FIG. **2** is a front view thereof;

FIG. **3** is a right side view of my china cabinet/buffet;

FIG. **4** is a left side view of my china cabinet/buffet;

FIG. **5** is a top view thereof; and,

FIG. **6** is a slightly enlarged perspective detail of the right front corner leg of my china cabinet.

The broken lines shown in the drawing are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 6 Drawing Sheets**



**US D564,795 S**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D454,729 S | | 3/2002 | Vaaler |
| D458,051 S | | 6/2002 | O'Hare et al. |
| D461,655 S | * | 8/2002 | Stanton ........................ D6/470 |
| D465,354 S | * | 11/2002 | Cain ............................ D6/470 |
| D468,937 S | | 1/2003 | Berry, Jr. et al. |
| D469,624 S | | 2/2003 | Vaaler |
| D469,631 S | | 2/2003 | Vaaler |
| D469,986 S | | 2/2003 | Stanton |
| D474,054 S | | 5/2003 | Warren et al. |
| D475,868 S | | 6/2003 | Vaaler |
| D477,725 S | | 7/2003 | McDaniel et al. |
| D480,236 S | | 10/2003 | Schmitt |
| D480,898 S | | 10/2003 | Schmitt |
| D481,555 S | | 11/2003 | Schmitt |
| D482,907 S | | 12/2003 | Wanek et al. |
| D487,202 S | | 3/2004 | Schmitt |
| D487,203 S | | 3/2004 | Schmitt |
| D524,575 S | * | 7/2006 | Everson et al. .............. D6/470 |
| D529,310 S | * | 10/2006 | Schmitt ........................ D6/441 |
| D530,116 S | * | 10/2006 | Schmitt ........................ D6/470 |
| D549,008 S | * | 8/2007 | Domack et al. ............. D6/470 |

OTHER PUBLICATIONS

Furniture Today, Pulaski Armoire, p. 33, Apr. 15, 2002.

Amini Innovation Corp. Monte Carlo Collection, #53000 Series, 2001, 2 pages.

Amini Innovation Corp. La Francaise Collection, #50000 Series, Sep. 11, 2002, 5 pages.

Amini Innovation Corp. Royal Oak Collection, #31000 Series, Sep. 11, 2002, 1 page.

Amini Innovation Corp. Tuscano China Cabinet and Buffet, Sep. 14, 2004, 1 page.

Amini Innovation Corp. Excelsior China Cabinet and Buffet, Sep. 14, 2004, 1 page.

* cited by examiner

**U.S. Patent**          Mar. 25, 2008          Sheet 1 of 6          **US D564,795 S**



FIG. 1

Case 2:13-cv-07012-PSG-JEM   Document 1-4   Filed 09/20/13   Page 83 of 120   Page ID #:209



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

# Exhibit 15

US00D564773S

(12) **United States Design Patent** (10) **Patent No.:** **US D564,773 S**

Schmitt

(45) **Date of Patent:** ** **Mar. 25, 2008**

(54) **ARM CHAIR**

(75) Inventor: **Jack Schmitt**, San Juan Capistrano, CA (US)

(73) Assignee: **Amini Innovation Corporation**, Pico Rivera, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/271,966**

(22) Filed: **Jan. 30, 2007**

(51) **LOC (8) Cl.** .................................................. **06-01**

(52) **U.S. Cl.** ................................................... **D6/379**

(58) **Field of Classification Search** ................ D6/334, D6/335, 336, 358, 360, 369, 374, 376, 379, D6/380, 381, 500–502; 297/445.1, 446.1
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| D39,390 S | 6/1908 | Killian |
| D66,697 S | 2/1925 | McCargar |
| D84,514 S | 6/1931 | Brown |
| D88,663 S | 12/1932 | McLaurin |
| D229,596 S | 12/1973 | Fisher |
| D233,097 S | 10/1974 | Kashu |
| D242,308 S | 11/1976 | Adkinon |
| D327,989 S | 7/1992 | Hilton |
| D351,511 S | 10/1994 | Ferguson |
| D364,046 S | 11/1995 | Keller |
| D369,919 S | 5/1996 | Lenger |
| D383,617 S | 9/1997 | Estape et al. |
| D384,826 S | 10/1997 | Hutton |
| D410,803 S | 6/1999 | Kreiss |
| D430,418 S | 9/2000 | O'Hare |
| D441,558 S | 5/2001 | Vaaler |
| D441,975 S | 5/2001 | McDaniel et al. |
| D445,583 S | 7/2001 | O'Hare et al. |
| D445,584 S | 7/2001 | O'Hare et al. |
| D446,956 S | 8/2001 | Black |
| D448,943 S | 10/2001 | McDaniel et al. |
| D448,944 S | 10/2001 | McDaniel et al. |
| D451,694 S | 12/2001 | Vaaler |

| | | | |
|---|---|---|---|
| D452,084 S | 12/2001 | O'Hare et al. | |
| D459,906 S | 7/2002 | Stanton | |
| D463,154 S | 9/2002 | Vaaler | |
| D464,822 S | 10/2002 | Vaaler | |
| D466,322 S | 12/2002 | Tobin, Jr. | |
| D468,923 S | 1/2003 | O'Hare | |
| D468,925 S | 1/2003 | Vaaler | |
| D469,266 S | 1/2003 | Stanton | |
| D469,267 S | 1/2003 | Stanton | |
| D472,724 S | 4/2003 | Schmitt | |
| D473,392 S | 4/2003 | Vaaler | |
| D479,658 S | 9/2003 | Warren et al. | |
| D480,576 S | 10/2003 | Schmitt | |
| D481,881 S | 11/2003 | McDaniel et al. | |
| D486,005 S | 2/2004 | Risdon | |
| D487,991 S | 4/2004 | O'Hare | |
| D489,913 S | 5/2004 | Wanek et al. | |
| D492,853 S | * 7/2004 | Schmitt | D6/379 |
| D511,903 S | * 11/2005 | Schmitt | D6/379 |
| D514,839 S | * 2/2006 | Schmitt | D6/380 |
| D525,042 S | * 7/2006 | Everson et al. | D6/379 |

OTHER PUBLICATIONS

Smith & Watson, Chairs D-340 and D-316, The Chair Collection, p. 12.

(Continued)

*Primary Examiner*—Mimosa De

(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57) **CLAIM**

I claim the ornamental design for an arm chair, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of my arm chair;

FIG. **2** is a front view thereof;

FIG. **3** is a right side view of my arm chair;

FIG. **4** is a left side view of my arm chair;

FIG. **5** is a rear view thereof; and,

FIG. **6** is a top view thereof.

**1 Claim, 6 Drawing Sheets**



**US D564,773 S**

Page 2

## OTHER PUBLICATIONS

Ethan Allan Circular, Legacy Collection, p. 5, 1996.

Thomasville, Palais Jardin, p. 12, 2002.

Furniture Today, p. 158, Oct. 19, 1998.

Furniture Today AICO, p. 15, Oct. 16, 2000.

Amini Innovation Corp. Monte Carlo Collection, #53000 Series, 2001, 1 page.

Amini Innovation Corp. La Francaise Colelction, #50000 Series, Sep. 11, 2002, 2 pages.

Amini Innovation Corp. Villagio Chair, Oct. 16, 2002, 1 page.

Amini Innovation Corp. Excelsior Chair, Feb. 14, 2004, 1 page.

Amini Innovation Corp. Tuscano Chair, Feb. 14, 2004, 1 page.

Furniture Today, Pulski chair, p. 33 Apr. 15, 2002.

Amini Innovation Corp. Torino Collection, #56000 Series, Apr. 18, 2002, 1 page.

Victorian Furniture Corporation Gentleman's Chair No. 16, Mar. 23, 1973, 1 page.

Chair #D-249, p. 89, Smith & Watson, The Chair Collection, Edition 1.

* cited by examiner



FIG. 1



FIG.  2



FIG. 3



FIG. 4

**U.S. Patent**          Mar. 25, 2008          Sheet 5 of 6          US D564,773 S



FIG. 5



FIG. 6

Exhibit 16











Exhibit 17



furniture storeSide chair D6020

Login    My Accounts    Shopping Cart

    

search by keyword or sku #    **Search**



 Living Rooms    Bedrooms    Dining Rooms    Entertainment    Home/Offices    Accessories    Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials

**Online Store**

Shopping Cart
Search
Login

## $100 MILLION SALE & CLEARANCE



**$316.23**

SKU: D6020 / Side chair

Qty: 1

Email Reminder: Every 3 Months

**Add to Cart**

Email a Friend

**Pin it**

Print Page

Back to List

**Description:**

**Dimensions:**

| SIDE CHAIR | 27.5 | 27 | 43.5 | 59.4 |

The graceful elegance of our grand estate collection makes very meal a celebration. Expertly crafted of solid hardwoods with cherry veneers and ash burl, then finished in a multi-step, hand-rubbed antiqued cherry. Every piece is finely detailed with ornate carvings and the handsome chairs are upholstered in fine chenille antiqued gold accents serve as a superb finishing touch.



| Beaumont | Del Rio | Distribution Center | Greenpoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on **facebook** & **twitter**

Login   My Accounts   Shopping Cart

    

search by keyword or sku #   Search




Living Rooms


Bedrooms


Dining Rooms


Entertainment


Home/Offices


Accessories


Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials

**Online Store**

Shopping Cart
Search
Login

 $100 MILLION SALE & CLEARANCE



Back to List

**$1,270.49**

SKU:  D6020 / 2 Pc Hutch/buffet

Qty:  1

Email Reminder:   Every 3 Months

**Add to Cart**

Email a Friend

Pin it

Print Page

**Description:**

The graceful elegance of our grand estate collection makes very meal a celebration. Expertly crafted of solid hardwoods with cherry veneers and ash burl, then finished in a multi-step, hand-rubbed antiqued cherry. Every piece is finely detailed with ornate carvings and the handsome chairs are upholstered in fine chenille antiqued gold accents serve as a superb finishing touch.

**Dimensions:**



| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on facebook & twitter



Login    My Accounts    Shopping Cart

    




Living Rooms


Bedrooms


Dining Rooms


Entertainment


Home/Offices


Accessories


Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |
|---|---|---|---|---|---|---|

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials

**Online Store**

Shopping Cart
Search
Login



Back to List

**$100 MILLION SALE & CLEARANCE**

$3,299.99

SKU:  LH-8068/ 6 PC King Bedroom Set

Qty:  1

Email Reminder:   Every 3 Months

**Add to Cart**

Email a Friend

**Description:**
**Mollai Collection**
You are an individual so your bedroom should reflect your unique personality. This distinctive traditional bedroom set features hand-crafted decorative carvings on the headboard and footboard. Made with exceptionally great craftsmanship, this set can only be found at Bel Furniture.

**This Bedroom Set Includes:**
King
Headboard
Footboard
Rails
Dresser
Mirror
Nightstand
The Armoire and Chest sold separately.



| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |
|---|---|---|---|---|---|---|---|---|---|

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by Versa Creative Group

Follow us for exclusive specials on facebook & twitter



furniture storeSide chair/ LH8068

Login   My Accounts   Shopping Cart



search by keyword or sku #   Search



 Living Rooms    Bedrooms    Dining Rooms    Entertainment    Home/Offices    Accessories    Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials

**Online Store**

Shopping Cart
Search
Login



$100 MILLION SALE & CLEARANCE



Back to List

**Description:**

Sumptuous style. Enjoy a return to decadence with our finely crafted Mollai collection with our privets bedroom, dining room, dinettes, entertainment, and occasional collection. Follow the elegant lines throughout, from the serpentine shaped table and cases to the acanthus leaf carvings and egg-and-dart moulding and beyond. Prized for its intricate grain. The olive ash burl veneers are artfully placed for unsurpassed visual interest. Antiqued gold accents serve as a superb finishing touch.

**Dimensions:**

|  | L x W x H (inch) | Weight |
|---|---|---|
| Side chair | 23*25*46 | 19.845 |

**$241.99**

SKU: LH8068/ Side chair

Qty: 1

Email Reminder:  Every 3 Months

**Add to Cart**

Email a Friend

Print Page



$100 MILLION SALE & CLEARANCE THIS WEEK ONLY! GET IT BEFORE IT'S OVER

| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on   facebook & twitter

furniture store5 Pcs Dining Room set includes:Round Glass Table + 4 side chairs/ LH8068

Login    My Accounts    Shopping Cart



search by keyword or sku #    Search



 Living Rooms     Bedrooms     Dining Rooms     Entertainment     Home/Offices     Accessories     Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |
|---|---|---|---|---|---|---|

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials
**Online Store**
Shopping Cart
Search
Login

 $100 MILLION SALE & CLEARANCE



Back to List

**$1,512.99**

SKU:   LH8068/ 5 Pcs Dining Room set

Qty:   1

Email Reminder:    Every 3 Months

**Add to Cart**

Email a Friend

Pin it

Print Page

**Description:**

Sumptuous style. Enjoy a return to decadence with our finely crafted Mollai collection with our privets bedroom, dining room, dinettes, entertainment, and occasional collection. Follow the elegant lines throughout, from the serpentine shaped table and cases to the acanthus leaf carvings and egg-and-dart moulding and beyond. Prized for its intricate grain. The olive ash burl veneers are artfully placed for unsurpassed visual interest. Antiqued gold accents serve as a superb finishing touch.

**Dimensions**

|  | L x W x H (inch) | Weight |
|---|---|---|
| Round table | 60*60*30 | 154.35 |
| Side chair | 23*25*46 | 19.845 |

**Item Availability & Lead Time:**

This is a Coming Arrival. There is a 60 day wait on this item.


$100 MILLION SALE & CLEARANCE THIS WEEK ONLY! GET IT BEFORE IT'S OVER

| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |
|---|---|---|---|---|---|---|---|---|---|

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on   **facebook** & **twitter**

Login    My Accounts    Shopping Cart






Living Rooms


Bedrooms


Dining Rooms


Entertainment


Home/Offices


Accessories


Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials
**Online Store**
Shopping Cart
Search
Login





Back to List

**$2,499.99**

SKU:    LH8068/ 7 Pcs Dining Room set

Qty:    1

Email Reminder:    

**Add to Cart**

Email a Friend

Print Page

**Description:**

Sumptuous style. Enjoy a return to decadence with our finely crafted Mollai collection with our privets bedroom, dining room, dinettes, entertainment, and occasional collection. Follow the elegant lines throughout, from the serpentine shaped table and cases to the acanthus leaf carvings and egg-and-dart moulding and beyond. Prized for its intricate grain. The olive ash burl veneers are artfully placed for unsurpassed visual interest. Antiqued gold accents serve as a superb finishing touch.

**Dimensions**

|  | L x W x H (inch) | Weight |
|---|---|---|
| Glass table | 111-1/2*46-1/2*30-1/2 | 291.06 |
| Arm chair | 22*25*46 | 22.05 |
| Side chair | 23*25*46 | 19.845 |



| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on

Exhibit 18

Login     My Accounts     Shopping Cart

    




Living Rooms


Bedrooms


Dining Rooms


Entertainment


Home/Offices


Accessories


Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials

**Online Store**

Shopping Cart
Search
Login

## Welcome to Bel Furniture

### One of the fastest-growing furniture companies in Texas

The story of Bel Furniture is one of hard work, determination, integrity and, most importantly, family. Run by three brothers, our company has always sought to deliver the highest quality furniture at the most reasonable price. And our dedication to this mission has paid off — Bel Furniture has become a household name, one that speaks for itself.

How is Bel able to offer such great prices? We cut out the middleman. This enables us to pass benefits directly on to our customers, something Bel has strived for from the beginning. And with a customer base that grows by 5,000 each month, these benefits must make the difference.

Though its beginnings were humble, Bel Furniture has evolved into one of the foremost furniture retailers in Texas. The company now boasts 11 showrooms throughout Houston, Humble, Webster and Beaumont, including a mega showroom in San Antonio. We have a goal of reaching 25 showrooms in Texas over the next five years, and we're poised to extend our business into adjacent states as well. Bel is also pleased to offer two exclusive lines, the Mollai Collection and the Sara Collection, designed by the owners themselves. But the company's 350 employees are the real driving force behind Bel's success. Each member of the Bel Furniture team is valued, respected and trained extensively. We take pride in investing in our staff and treating them like family.

Regardless of how large Bel Furniture gets, we will always put the customer first. Our clients' needs will continue to take top priority, and we will continue to offer quality at a reasonable price.

| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on facebook & twitter

Exhibit 19

Login    My Accounts    Shopping Cart        [search by keyword or sku #]    Search



| | Living Rooms | Bedrooms | Dining Rooms | Entertainment | Home/Offices | Accessories | Mattresses |
|---|---|---|---|---|---|---|---|

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |
|---|---|---|---|---|---|---|

**Products**

Kids Rooms
Living Rooms
Bedrooms
Dining Rooms
Entertainment
Home/Offices
Accessories
Mattresses
Clearance Items

**Information**

About Us
Apply Online
Bel is Hiring
Careers
Clearance
Contact Us
Designer Discount
Disclaimer
Enter To Win
Events
FAQ
Shipping & Returns
Warranty/Privacy Policy

**Promotions**

New Arrivals
Specials

**Online Store**

Shopping Cart
Search
Login

| Qty | SKU | Thumbnail | Item Name | Price | Subtotal | Delete |
|---|---|---|---|---|---|---|
| 1 | LH8068/ Side chair |  | Side chair/ LH8068<br>Email Reminder: Every 3 Months | $241.99 | $241.99 | ✕ |
| 1 | LH8068 /5pc Entertainment Set |  | 5pc Entertainment Set:Bridge, Back Board, Left Audio, Right Audio, and TV Center /LH8068<br>Email Reminder: Every 3 Months | $2,149.39 | $2,149.39 | ✕ |
| 1 | D6020 / 2 Pc Hutch/buffet |  | 2 Pc Hutch/buffet D6020<br>Email Reminder: Every 3 Months | $1,270.49 | $1,270.49 | ✕ |
| 1 | D6020 / Side chair |  | Side chair D6020<br>Email Reminder: Every 3 Months | $316.23 | $316.23 | ✕ |
| 1 | LH-8068/ 6 PC King Bedroom Set | | 6 PC King Bedroom Set Includes: Headboard, Footboard, Rails, Dresser, Mirror & Nighstand/ LH-8068<br>Email Reminder: Every 3 Months | $3,299.99 | $3,299.99 | ✕ |

**5** item(s) in cart

Subtotal:    **$7,278.09**

Coupon Code: [              ]    Apply

Update Cart    Empty Cart    Continue Shopping    Checkout

CALL 1-800-920-4235

furniture storeView Cart



| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |
|---|---|---|---|---|---|---|---|---|---|

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**        Follow us for exclusive specials on **facebook** & **twitter**

Exhibit 20

Login   My Accounts   Shopping Cart

     



 Living Rooms   Bedrooms   Dining Rooms   Entertainment   Home/Offices   Accessories   Mattresses

| New Arrivals | Specials | Warranty | Search Products Online | Locations | Contact Us | Clearance |
|---|---|---|---|---|---|---|

**Products**

Kids Rooms

Living Rooms

Bedrooms

Dining Rooms

Entertainment

Home/Offices

Accessories

Mattresses

Clearance Items

**Information**

About Us

Apply Online

Bel is Hiring

Careers

Clearance

Contact Us

Designer Discount

Disclaimer

Enter To Win

Events

FAQ

Shipping & Returns

Warranty/Privacy Policy

**Promotions**

New Arrivals

Specials

**Online Store**

Shopping Cart

Search

Login

## Ask Away!

### We're here to help

Bel Furniture understands a furniture purchase can be a significant investment for your home. We're hoping these frequently asked questions may help you in the decision-making process. If you have further questions, please feel free to contact us.

### Buying in the Showroom

Will there be any price difference in the showrooms?

What is 1Plan by Guardian?

Can Bel Furniture deliver?

How can I schedule delivery?

Can I change my delivery date?

What if I am not available?

Is next-day delivery available?

If I do not want delivery, can I pick up my items?

What if my items are broken when they arrive?

Once I buy it, can I return it?

Does Bel sell warranty kits?

### Buying Online

Is the website secure?

If I change my mind, can I cancel my online order?

Which forms of payment are accepted for online purchases?

Is my price locked once I check out?

What about delivery of my items?

Once I.ve made my purchase, should I still maintain my online account?

How can I check the status of my order?

### What is 1Plan by Guardian?

The 1Plan Furniture Care Program provides real value to the consumer and the retailer. The 1Plan allows the consumer to protect the investment they've made in their fabric, leather or wood furniture from accidental stains and damage with one warranty program for one price! Click the 1Plan logo for more information.



### Can Bel Furniture deliever?

Yes! Bel Furniture arranges delivery of your merchandise at very reasonable charges. Our licensed and fully insured delivery personnel handle your furniture in a very professional way. Our trained delivery team will also set up your furniture in your desired location without any extra cost to you.

### How can I schedule delivery?

You schedule your delivery date on the date of purchase. However, if you are not prepared to schedule at that point, you may call our customer service department and request a date. Our company does not guarantee the date you request, but we will endeavor to accommodate your request as much as possible.

### Can I change my delivery date?

You can change your delivery date up until two business days prior to your scheduled date. The delivery team will assume you will be present at your place of delivery on the scheduled delivery date. You must be present to receive the delivery.

### What if I am not available?

Any other adult family member or friend may receive the delivery if you are unavailable. However, if no one is present, the driver will not be able to leave the merchandise, and you will be charged an extra delivery fee to bring your purchase on some other date.

### Is next-day delivery available?

Next-day delivery is available on purchases made by 1pm. However, because no deliveries are made on Sunday, next-day delivery for

Saturday purchases will be Monday.

### If I do not want delivery, can I pick up my items?

Yes, if you do not want delivery services, you are welcome to pick up the merchandise from the designated distribution center. If you buy an item from the floor, you have the right to pick it up immediately, once payment is tendered in cash, Visa or financing. However, if you are paying by check, you may pick up the merchandise once the check clears. Unlike with delivery, if you are picking up the item yourself, Bel Furniture will not be held responsible for any damages that occur in transit. For your own protection, please inspect each item fully before removing it from the premises.

### What if my items are broken when they arrive?

Our delivery team takes the utmost care to deliver your items in perfect condition. Please fully inspect each item as it arrives. If any item has broken during transit, simply send the item back. Bel Furniture will arrange to send you a new item as soon as possible.

### Once I buy it, can I return it?

Bel Furniture wants you to be happy with your purchase, so we have a Three-Day Happiness Guarantee: If you are not fully satisfied with your item(s), you may return them up to three days from the date of purchase. We will provide you with store credit that must be used within 30 days. This guarantee does not apply, however, to items the customer picks up from the store.

### Does Bel sell warranty kits?

Most of the items you buy are covered by a limited manufacturer warranty. However, the customer has a choice of getting an extended warranty through Guardian Protection, Inc, available under the name 1 Plan. Most items are covered under this warranty. The customer is responsible for reviewing the warranty conditions before buying it.

### Is the website secure?

Yes, your information will be protected on our secure server. You will choose your own login ID, but we will assign you a password. If you forget your password, it will be sent to the email address you provide when you register.

### If I change my mind, can I cancel my online order?

Once you've placed the order, there is a two-hour window of time during which you.ll be able to cancel should you choose to do so. After two hours, you will not be able to cancel, but may contact our customer service department to provide you store credit to buy other set of items.

### Which forms of payment are accepted for online purchases?

You may pay with any major credit card when buying online. No service fee will be assessed on payments. Your card will be charged immediately after finalization of online sale.

### Is my price locked once I check out?

Yes, your price will be locked and guaranteed for the product you buy. However if any of our competitors advertises a lower price, simply show us the ad, and we will beat their price by 10 percent, giving you a discounted purchase price!

### What about delivery of my items?

You will be required to pay shipping charges depending upon the area of delivery. The actual delivery will be executed at the earliest possible time. You will be notified of the delivery date via email.

### Once I've made my purchase, should I still maintain my online account?

For practical purposes, we do advise that you maintain your online account. This way your information will remain accurate for future purchases and deliveries.

### How can I check the status of my order?

You can contact us via email or phone to get the status of your order.

| Beaumont | Del Rio | Distribution Center | Greenspoint | Humble | Old Katy Rd | San Antonio | Sharpstown | Sugar Land | Webster |

© 2010 Bel Furniture, the fastest growing furniture company in Texas | Design by **Versa Creative Group**

Follow us for exclusive specials on **facebook** & **twitter**